# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCCANN RELATIONSHIP MARKETING, LLC d/b/a/ MRM MCCANN, <br><br> Defendant. | Civil Action No. 1:18-cv-1180-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant, McCann Relationship Marketing, LLC d/b/a MRM McCann ("MRM McCann") have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Express Mobile stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against MRM McCann.  The parties shall bear their own costs, expenses, and attorneys' fees

Dated:  July 22, 2019

<table>
<tr><td>

DEVLIN LAW FIRM LLC

By: /s/ Timothy Devlin
Timothy Devlin (#4241)
tdevlin@devlinlawfirm.com
Robert Kiddie (*pro hac vice*)
Texas Bar No. 24060092
rkiddie@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Express Mobile, Inc.*

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Karen Jacobs
Karen Jacobs (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Edward J. DeFranco
Joseph Milowic III
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7106
eddefranco@quinnemanuel.com
josephmilowic@quinnemanuel.com

*Attorneys for Defendant*
*McCann Relationship Marketing, LLC d/b/a*
*MRM McCann*

</td></tr>
</table>